# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. JOSEPH DONABY                                           Docket No. 3:01CR00293(AWT)

**FILED**
2005 JAN -3 A 10:47

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Patrick D. Norton, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Joseph Donaby who was sentenced to 27 months imprisonment for a violation of 18 U.S.C. Section 922(g)(1) by the Honorable Alvin W. Thompson sitting in the court at Hartford, Connecticut on July 8, 2002, who fixed the period of supervision at three years which commenced on September 25, 2003, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient approved by the United States Probation Office which may include drug testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all or a portion of the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer.

2) The defendant shall participate in a mental health treatment program approved by the United States Probation Office. The defendant shall pay all, or a portion of, the costs of treatment based on his ability to pay, in an amount determined by the probation officer.

On May 11, 2004, a violation hearing was held before The Honorable Peter C. Dorsey, Senior United States District Judge due to the Honorable Alvin W. Thomson, United States District Judge being on trial during that time.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

Charge #1: Standard Condition: "You shall refrain from any unlawful use of a controlled substance."
Since June 21, 2004, the defendant has rendered seven (7) positive drug screens.

Charge #2: Special Condition: "The defendant shall participate in a substance treatment program, either inpatient or outpatient, which may include random testing as approved by the U.S. Probation Office."
On December 16, 2004, the defendant was unsuccessfully discharged from the Grant Street Partnership program located in New Haven, Connecticut for failing to report for treatment.

PRAYING THAT THE COURT WILL ORDER that this petition will serve as a summons directing the proper authorities to present Joseph Donaby to appear before this court at Hartford, Connecticut on _1-13-05_ at _Chambers_ to show cause why his supervised release should not be revoked.

at 10:00am

**ORDER OF COURT**                                               Sworn to By

Considered and ordered this _3rd_
day of January, 2005 and ordered filed and made      _/s/ Patrick D. Norton_
a part of the records in the above case.                         Patrick D. Norton
                                                                 United States Probation Officer

_____                                         Place _Hartford, CT_
The Honorable Alvin W. Thompson
United States District Judge                                     Date _January 3, 2005_


Before me, The Honorable Alvin W. Thompson, United States District Judge, on this _3rd_ day of January, 2005 at Hartford, Connecticut, U.S. Probation Officer Patrick D. Norton appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

                                                                 _____
                                                                 The Honorable Alvin W. Thompson
                                                                 United States District Judge